■ In the Matter of JOHN SMOKE et al., Appellants, v TOWN OF GREIG et al., Respondents. [864 NYS2d 351]—Appeal from a judgment (denominated order) of the Supreme Court, Lewis County (Hugh A. Gilbert, J.), entered April 17, 2007 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ WILLIAM F. COLEMAN, II, Respondent, v COLGATE UNIVERSITY et al., Appellants. [864 NYS2d 355]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered May 16, 2007 in a personal injury action. The order denied that part of the motion of defendants for summary judgment dismissing the Labor Law § 241 (6) causes of action.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties and filed September 3, 2008,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ In the Matter of SELF STORAGE SOLUTIONS ROUTE 31, LLC, Appellant, v TOWN OF CICERO PLANNING BOARD, Respondent. [864 NYS2d 357]—Appeal from a judgment (denominated judgment and order) of the Supreme Court, Onondaga County (James P. Murphy, J.), dated May 14, 2007 in a proceeding pursuant to CPLR article 78. The judgment remitted the matter to respondent to determine whether Cicero Town Code § 210-12 (c) (7) applies to petitioner's proposed use and is appropriate.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ NATALIE M. BARNHARD, Respondent, v CYBEX INTERNATIONAL, INC., Appellant. [864 NYS2d 378]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered March 18, 2008 in a personal injury action. The order granted plaintiff's motion to compel and denied defendant's cross motion for a protective order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.